No. D–2508. IN RE DISCIPLINE OF MUNROE. Earl D. Munroe, of Saugus, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2509. IN RE DISCIPLINE OF SHWEKY. Alan J. Shweky, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2510. IN RE DISCIPLINE OF SPARGO. Thomas J. Spargo, of East Berne, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2511. IN RE DISCIPLINE OF DEJONG. Pieter J. DeJong, of Long Valley, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2512. IN RE DISCIPLINE OF MACKEY. Nikita V. Mackey, of Charlotte, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2513. IN RE DISCIPLINE OF ROMEO. Michael John Romeo, of Birmingham, Ala., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2514. IN RE DISCIPLINE OF BLEECKER. Lorin Henry Bleecker, of Rockville, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.